COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION TO RESET ORAL ARGUMENT

Cause number:  01-15-00152-CV

Style:         *Donald B. Mullins & Blue Sky Right of Way, LLC v.
               Martinez R.O.W., L.L.C. f/k/a Martinez Investments, L.L.C.*

Type of motion:        Motion to reset oral argument

Party filing motion:   Appellee

        Appellee's motion reset oral argument is **granted**.  The appeal is removed from the January 27, 2016 submission docket and will be reset at a later date.

Judge's signature:     /s/ Jane Bland
                       Jane Bland, Justice
                       Acting individually

Date:   December 31, 2015.